UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DR. SAM WISE, and; GERMAN WISE DENTAL, LLC d/b/a LOWER COLUMBIA ORAL HEALTH, a Washington Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN T. ESKOW, an Individual, and ESKOW LAW GROUP, LLC, formerly known as JTE LAW, LLC, a Massachusetts Limited Liability Company,<br><br>Defendants. | CASE NO. 3:22-cv-05033-DGE<br><br>ORDER GRANTING MOTION TO SUBSTITE DON THACKER AS PARTY PLAINTIFF (DKT. NO. 38) |

    This matter comes before the Court on Plaintiff German Wise Dental, LLC's response (Dkt. No. 41) to the Court's order to show cause (Dkt. No. 39). The Court, after reviewing Plaintiff's briefing, agrees that 11 U.S.C. § 362(A)'s automatic stay provision does not apply to claims by a bankruptcy trustee on behalf of the estate. *See In re Palmdale Hills Prop.*, LLC, 654

ORDER GRANTING MOTION TO SUBSTITE DON THACKER AS PARTY PLAINTIFF (DKT. NO. 38) - 1

1  F.3d 868, 875 (9th Cir. 2011). Accordingly, the Court hereby considers the order to show cause
2  SATISFIED and declines to impose an automatic stay.
3       The Court also GRANTS Plaintiff German Wise Dental, LLC's motion to substitute Don
4  Thacker, Bankruptcy Trustee, as Party Plaintiff (Dkt. No. 38) in place of German Wise Dental,
5  LLC and ORDERS that Don Thacker be substituted as party plaintiff in this action in place of
6  original Plaintiff German Wise Dental, LLC pursuant to Fed. R. Civ. P. 17(a).
7       Dated this 28th day of October, 2022.

David G. Estudillo
United States District Judge