UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DR. SAM WISE; and GERMAN WISE DENTAL, LLC, d/b/a LOWER COLUMBIA ORAL HEALTH, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN T. ESKOW, an individual; and ESKOW LAW GROUP, LLC, f/k/a JTE LAW, LLC, a Massachusetts limited liability company.<br><br>Defendants. | NO. 3:22-cv-05033-DGE<br><br>JOINT STIPULATION AND AGREED ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE AND REBUTTAL EXPERT DISCLOSURE DATES.<br><br>NOTE ON MOTION CALENDAR: February 24, 2023 |

COME NOW, Plaintiff Dr. Sam Wise and Don Thacker, Bankruptcy Trustee in place of German Wise Dental, LLC, and Defendants, Jonathan T. Eskow, and Eskow Law Group, LLC f/k/a JTE Law, LLC, by and through their counsel of record, and respectfully submit the following Joint Stipulation and Agreed Order to Continue Expert Witness Disclosure and Rebuttal Expert Disclosure Dates.

As grounds therefore, the Parties state as follows:

Plaintiffs filed this action on January 18, 2022, Dkt. 1. The Parties appeared at a May 6,

JOINT STIPULATION AND AGREED ORDER TO CONTINUE Expert Witness Disclosure and Rebuttal Expert Disclosure Dates. (3:22-cv-05033-DGE) – 1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE ST., STE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1  2022 conference. An order setting jury trial and pretrial dates was entered on May 6, 2022,
2  where deadlines were set by the Court for expert disclosures and rebuttals, discovery motions,
3  discovery, dispositive motions, motions in limine, agreed pretrial order, pretrial conference,
4  trial briefs, proposed voir dire jury instructions, agreed neutral statement of the case, deposition
5  designations, and trial, Dkt. 30. Thereafter, Plaintiff, German Wise Dental, LLC, filed for
6  Chapter 7 Bankruptcy, and filed a Notice of Bankruptcy Filing in this Court on June 27, 2022,
7  Dkt. 33. As a result of German Wise Dental, LLC's Chapter 7 Bankruptcy proceeding, the case
8  was halted. The Parties advised the Court on August 8, 2022 of the ongoing issues caused by
9  Bankruptcy proceeding and the expected delay in the litigation resulting from same, Dkt. 35.
10 On October 4, 2022 the Parties filed a Joint Stipulated Motion and Agreed Order to Continue
11 Trial and All Pretrial Dates which was allowed on October 31, 2023, Dkt. 36, 43.

12  Discovery has been exchanged and the depositions of Plaintiff Dr. Sam Wise and
13 Defendant, Jonathan T. Eskow, have been conducted. The Parties are scheduled to mediate this
14 case on March 14, 2023, the day after the current expert disclosure deadline. In light of the
15 mediation and in an effort to save costs prior to the mediation, the Parties jointly stipulate and
16 request that the deadline for disclosure of expert testimony under FRCP 26(a)(2) ("expert
17 disclosure date") be extended from March 13, 2023 to April 7, 2023, and that the deadline for
18 disclosure of rebuttal expert testimony under FRCP 26(a)(2) ("expert rebuttal date") be
19 extended from April 11, 2023 to April 21, 2023. The parties do not seek to extend any other
20 deadline with this motion. In summary, the Parties request the following deadlines be
21 applicable to this matter:
22 //
23 //
24 //

JOINT STIPULATION AND AGREED ORDER TO CONTINUE
Expert Witness Disclosure and Rebuttal Expert Disclosure Dates.
(3:22-cv-05033-DGE) – 2

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE ST., STE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | March 13, 2023 | April 7, 2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | April 11, 2023 | April 21, 2023 |
| All motions related to discovery must be filed | April 21, 2023 | No change |
| Discovery completed | May 22, 2023 | No change |
| All dispositive motions must be filed | June 20, 2023 | No change |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) | August 14, 2023 | No change |
| Agreed pretrial order filed with the Court | August 28, 2023 | No change |
| Pretrial conference will be held | September 8, 2023 | No change |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due | August 28, 2023 | No change |
| Trial | September 18, 2023 | No change |

In light of the above, counsel for both Parties stipulate to a new expert disclosure date and expert rebuttal date as indicated above and jointly request that this Court endorse the proposed stipulation to continue the expert disclosure date to April 7, 2023 and expert rebuttal date to April 21, 2023 accordingly.

Undersigned counsel for the Plaintiff and Defendants are available for a conference, should the Court deem it necessary.

//

//

//

//

//

//

JOINT STIPULATION AND AGREED ORDER TO CONTINUE Expert Witness Disclosure and Rebuttal Expert Disclosure Dates. (3:22-cv-05033-DGE) – 3

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE ST., STE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1  Respectfully submitted, this 24th day of February, 2023.

WAID LAW OFFICE, PLLC

BY: */s/ Brian J. Waid*
    Brian J. Waid, WSBA #26038
    Attorney for Plaintiff Dr. Sam Wise

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: */s/Ramona N. Hunter*
    Ramona N. Hunter, WSBA #31482

BY: */s/Christine A. Knipper*
    Christine A. Knipper
    Andrea S. Burke
    Admitted Pro Hac Vice

    Attorneys for Defendants Jonathan T. Eskow and Eskow Law Group, LLC

JOINT STIPULATION AND AGREED ORDER TO CONTINUE Expert Witness Disclosure and Rebuttal Expert Disclosure Dates. (3:22-cv-05033-DGE) – 4

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 P<small>IKE</small> S<small>T</small>., STE 1515
S<small>EATTLE</small>, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

## AGREED ORDER

Pursuant to the Stipulation above, the Court hereby ORDERS that the identified deadlines for disclosure of expert testimony and disclosure of rebuttal expert testimony under FRCP 26(a)(2) be reset as agreed by the Parties to April 7, 2023 and April 21, 2023.

DATED this 24th day of February, 2023.

_____
David G. Estudillo
United States District Judge

JOINT STIPULATION AND AGREED ORDER TO CONTINUE Expert Witness Disclosure and Rebuttal Expert Disclosure Dates. (3:22-cv-05033-DGE) – 5

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE ST., STE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/Ramona N. Hunter
Ramona N. Hunter, WSBA #31482
1700 7th Avenue, Suite 2100
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
ramona.hunter@wilsonelser.com

*Attorney for Defendants Jonathan T. Eskow and Eskow Law Group, LLC*

JOINT STIPULATION AND AGREED ORDER TO CONTINUE Expert Witness Disclosure and Rebuttal Expert Disclosure Dates. (3:22-cv-05033-DGE) – 6

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE ST., STE 1515
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)