UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DR. SAM WISE, and; GERMAN WISE DENTAL, LLC d/b/a LOWER COLUMBIA ORAL HEALTH, a Washington Limited Liability Company,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN T. ESKOW, an Individual, and ESKOW LAW GROUP, LLC, formerly known as JTE LAW, LLC, a Massachusetts Limited Liability Company,<br><br>Defendants. | CASE NO. 3:22-cv-05033-DGE<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING ON PARTIAL MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on its review of the parties' briefing related to Plaintiffs' partial motion for summary judgment (Dkt. No. 51).

The Court is considering certifying a question to the Washington Supreme Court as to whether Washington Revised Code § 2.48.180 creates a private right of action for the unlawful practice of law. The Court seeks briefing from the parties on their views as to the certification of

ORDER REQUESTING SUPPLEMENTAL BRIEFING ON PARTIAL MOTION FOR SUMMARY JUDGMENT - 1

1  this question.  The parties are ORDERED to submit briefing within two weeks of the issuance of

2  this order.  The parties' briefs shall be limited to no more than five pages each.

3        Dated this 10th day of April, 2023.

David G. Estudillo
United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING ON PARTIAL MOTION FOR SUMMARY JUDGMENT - 2